UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL S. EVERETT                                          CIVIL ACTION

VERSUS

UNKNOWN ALLAN, ET AL.                                  NO. 21-00638-BAJ-SDJ

RULING AND ORDER

Plaintiff, an inmate confined at the Elayn Hunt Correction Center, alleges that his constitutional rights were violated by Defendants' deliberate indifference to his medical needs. (Doc. 18). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 15, the "Report")**, recommending that Plaintiff's claims be dismissed, with prejudice, for failure to state a claim upon which relief may be granted. (*Id.*). Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 17th day of July, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**